UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN MITCHELL, | No. 2:14-cv-2258 TLN DAD P |
| Petitioner, | |
| v. | ORDER |
| JEROME PRICE, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se. On May 21, 2015, the undersigned issued findings and recommendations, recommending that respondent's motion to dismiss be granted and petitioner's petition for writ of habeas corpus be dismissed with prejudice as time barred. On August 18, 2015, the assigned district judge adopted the findings and recommendations in full and declined to issue a certificate of appealability in this case. The court entered judgment on the same day. On September 17, 2015, petitioner filed a motion with this court for a certificate of appealability which appears to be directed to the Ninth Circuit Court of Appeals. Petitioner is advised that he needs to file this motion with the Ninth Circuit Court of Appeals and not in this court.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a certificate of appealability (Doc. No. 30) is denied without prejudice to renewal before the Ninth Circuit Court of Appeals.

Dated:  October 1, 2015

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mitc258.coa