**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARVIN MITCHELL, | No. 15-16972 |
| Petitioner-Appellant, | D.C. No. 2:14-cv-02258-TLN-DAD Eastern District of California, Sacramento |
| v. | |
| JEROME PRICE, Warden, | ORDER |
| Respondent-Appellee. | |

Before: LEAVY and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 132 S. Ct. 641, 648 (2012).

Any pending motions are denied as moot.

**DENIED.**